IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:07-cr-00475-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WENONA MAE REDHORSE,

    Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

UPON THE COURT'S CONSIDERATION of the Government's Motion to Disclose Grand Jury Transcripts to the Defendant (Motion) **(#24),**

**IT IS HEREBY ORDERED** that pursuant to Rule 6(e)(3)(E)(i) Federal Rules of Criminal Procedure, a copy of the transcript of testimony given by witness Bill Yazza before the Grand Jury be provided to the Defendant and her counsel on the condition that any copy of the transcript be retained in the personal custody or office of Counsel for the Defendant.

DATED this 25th day of April, 2008.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge