IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00475-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WENONA MAE REDHORSE,

    Defendant.

# ORDER

THIS MATTER comes before the Court *sua sponte*. At the close of the August 14, 2008 Rule 702 hearing, defense counsel advised that the Defendant may desire to designate a witness to offer expert opinions. The Government anticipated that such opinions may be subject to challenge under Rule 702. Neither party anticipated that such designation or challenge would necessitate a change in the trial date, assuming the availability of court time.

In order to facilitate ample opportunity for preparation for trial, and to assure adequate opportunity to schedule a Rule 702 hearing and the trial in Durango, the Court

**ORDERS** that:

(1)    Designation of any additional witnesses for expert opinion testimony shall be made by **August 22, 2008.**

(2)    Any subsequent motions for Rule 702 determination with regard to such witnesses shall be made by **August 29, 2008.** The motion shall specify the time necessary and desired location for hearing.

Dated this 15th day of August, 2008

                               **BY THE COURT:**

                               */s/ Marcia S. Krieger*

                               Marcia S. Krieger
                               United States District Judge