IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00475-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      WENONA MAE REDHORSE,

        Defendant.

_____

## ORDER OF REASSIGNMENT
_____

With the consent of the Chief Judge and to facilitate the trial set in Durango, Colorado, on October 20, 2008,

**IT IS ORDERED** that this case is reassigned to the Honorable James A. Parker, Senior United States District Judge for the District of New Mexico, sitting by designation. The Clerk shall stay such transfer until conclusion of the Rule 702 Hearing on October 3, 2008. All pleadings thereafter shall bear the case number 07-cr-00475-JAP.

DATED this 25th day of September, 2008.

                                **BY THE COURT:**

                                *Marcia S. Krieger*
                                _____

                                Marcia S. Krieger
                                United States District Judge