IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Criminal Action No. 07-cr-00475-JAP

WENONA MAE REDHORSE,

    Defendant.

_____

## JUDGMENT OF ACQUITTAL
_____

This case was tried before a jury from October 20, 2008, through October 23, 2008. On October 23, 2008, the jury rendered its verdict finding Defendant Wenona Mae Redhorse not guilty of all charges in the Superseding Indictment.

IT IS ORDERED that:

1. The Superseding Indictment is dismissed against Defendant Wenona Mae Redhorse; and

2. Defendant Wenona Mae Redhorse's unsecured bond is exonerated.

DATED this 3rd day of November, 2008.

_____
JAMES A. PARKER
Senior United States District Judge